```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 34842
    WILLIAM ALFRED ELLIS
    DENISE MARIE ELLIS                        CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR

          Debtor
    SSN XXX-XX-2464    SSN XXX-XX-2667


-----------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/20/04 and confirmed on 02/04/05.

    2.  The case was dismissed after confirmation, 10/03/2008.

    3.  The Debtor paid a total of $ 122526.77 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL | SECURED | 14075.00 | 3108.89 | 12219.80 |
| AMERICREDIT FINANCIAL | SECURED | 6675.00 | 1663.43 | 5682.34 |
| DELL FINANCIAL SVCS | SECURED | 250.00 | 18.47 | 205.93 |
| GRP FINANCIAL SERVICES | CURRENT MORTG | 86327.42 | .00 | 86327.42 |
| GRP FINANCIAL SERVICES | MORTGAGE ARRE | 5244.51 | .00 | 4629.18 |
| BLATT HASENMILLER LEIBSK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1018.15 | .00 | .00 |
| GOOD SHEPHERD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS BONE AND JOINT | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COOK ORTHOPEDIC ASS | UNSECURED | 523.77 | .00 | .00 |
| LUTHERAN GENERAL HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| LUTHERAN GENERAL HOSPITA | UNSECURED | 2451.02 | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COMMUNITY HOSP | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COMMUNITY HOSP | UNSECURED | 844.03 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1426.42 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 560.88 | .00 | .00 |
| MEDCO FINANCIAL ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DELL FINANCIAL SVCS | UNSECURED | 1752.03 | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | 3912.61 | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | 2670.36 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 880.48 | .00 | .00 |

            Summary of disbursements:
-----------------------------------------------------------------------------
           SECURED       PRIORITY      UNSECURED       OTHER         TOTAL

```
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     112571.93            .00      16039.75           .00    128611.68
PRINCIPAL PAID         109064.67            .00           .00           .00    109064.67
INTEREST PAID            4790.79            .00           .00           .00      4790.79
TOTAL PAID             113855.46            .00           .00           .00    113855.46
```
The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $    5325.17 .

Refunds to the Debtor totaled $     646.14 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 01/13/09                         /S/
                                                GLENN STEARNS
                                                CHAPTER 13 TRUSTEE